**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Homegoods, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Aynalem Alula, | Case No.: 2:21-cv-00445-APG-DJA |
| Plaintiff, | |
| vs. | **Stipulation and Order to Dismiss Cross-Claim Only** |
| Homegoods, Inc. dba The TJX Companies, Inc. dba T.J. Maxx, Inc; Brandani Gift Group srl dba Brandani; and Roe Corporations 1-10, | |
| Defendants. | |
| Homegoods, Inc. | |
| Cross-claimant, | |
| vs. | |
| Brandani Gift Group srl; and Roe Corporations 1-10, | |
| Cross-defendant. | |

Homegoods, Inc. and Brandani Gift Group srl have resolved the disputes in the cross-claim. They stipulate to dismiss the cross-claim, with prejudice, each to bear their own fees and costs as allocated per the terms of their settlement agreement.

///

///

///

264687904v.1

| CLYDE & CO US, LLP | WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| */s/ Dylan Todd* | */s/ Michael P. Lowry* |
| Dylan P. Todd, Esq.<br>Nevada Bar No. 10456<br>Attorneys for Brandani Gift Group srl | Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Attorneys for Homegoods, Inc. |
|  | It is so ordered.<br><br>_____<br>United States District Judge<br>DATED: December 27, 2021<br>2:21-cv-00445-APG-DJA |

-2-

264687904v.1