1  George Haines, Esq.
2  Nevada Bar No.: 9411
3  Gerardo Avalos, Esq.
   Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
5  8985 S. Eastern Ave., Suite 350
6  Las Vegas, Nevada 89123
   (702) 880-5554
7  (702) 385-5518 (fax)
8  ghainesgavalos@freedomlegalteam.com
9  *Attorneys for Plaintiff Aynalem Alula*

| | |
|---|---|
| Aynalem Alula, | Case No.: 2:21-cv-00445-APG-DJA |
| Plaintiff(s), | **[SECOND] STATUS REPORT RE: SETTLEMENT BETWEEN Aynalem Alula, The TJX Companies, Inc. DAB T.J. Maxx, Inc. and Homegoods, Inc. srl dba Brandani.** |
| v. | |
| Homegoods, Inc. dba The TJX Companies, Inc. dba T.J. Maxx, Inc.; Brandani Gift Group srl dba Brandani; and Roe Corporations 1-10, | |
| Defendant(s). | |

The dispute between Plaintiff Aynalem Alula ("Plaintiff") and Defendants Homegoods, Inc. dba The TJX Companies, Inc. dba T.J. Maxx, Inc.; Brandani Gift Group srl dba Brandani ("Defendants") have been resolved. The parties have reached settlement terms, and the agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendants with Prejudice.

STIPULATION                           - 1 -

Plaintiff requests that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or after June 30, 2022, to file dismissal documents.

Dated: May 31, 2022.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Aynalem Alula*

**Clyde & Co. US, LLP**

/s/ Dylan Todd
Dylan Todd, Esq.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
*Counsel for The TJX Companies, Inc. dba T.J. Maxx, Inc and Homegoods, Inc. srl dba Brandani.*

**IT IS SO ORDERED**.

DATED: June 3, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

STIPULATION                - 2 -